# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**PAULINE COINER – DEBTOR**

**Case No. 08-21253-KCF**
**Chapter 7**
**Adv. Proc. No. ____**

### LAW OFFICES OF GARY E. FOX, L.L.CL.

**Plaintiff**

v.

**PAULINE DILIONE, a/k/a PAULINE COINER**

**Defendant**



FILING FEE PAID
$ 250.00

## COMPLAINT FOR NON-DISCHARGE ORDER

Plaintiff, for its complaint in this action, states as follows:

1. Plaintiff, Law Offices of Gary E. Fox, L.L.C., is a valid New Jersey Limited Liability Company with offices at 1001 Deal Road, Ocean, New Jersey 07712, with telephone number 732 493-9400.

2. Defendant is the debtor in this bankruptcy proceeding.

3. This is an action pursuant to 11 U.S.C. § 523(a)-2, 4, & 6, to the discharge of a debt owed by Defendant to Plaintiff in the amount of $34,156.90 plus interest and costs of suit. This action is based on 11 U.S.C. § 523(a)-2, 4 and 6.

4. Attached hereto as **EXHIBIT A** is a copy of a Complaint filed in the Superior Court, Law Division of Monmouth County, setting forth the facts in support of this Complaint. Plaintiff contends that Defendant obtained services from Plaintiff based upon a false representation that Plaintiff would be paid for its

services out of a personal injury settlement. That settlement occurred and Defendant improperly directed her attorney not to honor the representation made to Plaintiff in this action. As such, pursuant to 11 U.S.C. § 523(a)-2, said debt is non-dischargeable.

5.   Additionally, the obtaining of these services under false pretenses and without any intention to pay is a "theft" under New Jersey law. As such, it is non-dischargeable pursuant to 11 U.S.C. § 523(a)-4.

6.   Further, Plaintiff contends that the Defendant willfully and maliciously intended to injure the Plaintiff by obtaining its services with no intention of paying for same. Said conduct prevents the discharge of this debt pursuant to 11 U.S.C. § 523(a)-6.

7.   This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1334(b). This is a proceeding arising under Title 11 of the United States Code.

8.   This is a core proceeding under 28 U.S.C. § 157.

**WHEREFORE**, Plaintiff demands that a Judgment be entered declaring that the debt owed by Defendant to Plaintiff in the amount of $34,156.90 plus interest and costs of suit is non-dischargeable.

FOX & MELOFCHIK, L.L.C.

Dated:  September 23, 2008

GARY E. FOX, ESQ.
Attorney for Plaintiff
Bar No.:
1001 Deal Road
Ocean, New Jersey 07712
732 493-9400
732 493-5006 (fax)
garyfox@jerseylawoffice.com

# <u>EXHIBIT A</u>

**FOX & MELOFCHIK, LLC**
Copper Gables Professional Building
1001 Deal Road
Ocean, New Jersey 07712
(732) 493-9400
Attorney

```
                                    F I L E D
                                    SEP   8 2008
                                    MONMOUTH VICINAGE
                                    CIVIL DIVISION      069
```

| | |
|---|---|
| LAW OFFICES OF GARY E. FOX, LLC and FOX & MELOFCHIK, LLC | : SUPERIOR COURT OF NEW JERSEY : LAW DIVISION: : MONMOUTH COUNTY |
| Plaintiff(s), | : DOCKET NO.: *L-4237-08* |
| | : |
| Vs. | : |
| | : CIVIL ACTION |
| PAULINE COINER | : |
| Defendant(s). | : |
| | : |
| | : COMPLAINT |
| | : |
| | : |

The Plaintiff, LAW OFFICES OF GARY E. FOX, LLC is a Limited

Liability Company and the Plaintiff FOX & MELOFCHIK, LLC is a Limited

Liability Company and successor in interest, and as such the Plaintiff's maintain

offices at the Copper Gables Professional Building, 1001 Deal Road, Ocean

Township, NJ 07712, County of Monmouth, State of New Jersey by way of

Complaint against the Defendants says:

## FIRST COUNT

1.    The Plaintiff, Law Offices of Gary E. Fox, LLC is a Limited

Liability Company and as such is engaged in the practice of the Law

in the State of New Jersey.  The Plaintiff, Fox & Melofchik, LLC is

a Limited Liability Company as such is a duly licensed to practice

Law in the State of New Jersey and is a successor in interest to the

Plaintiff, Law Offices of Gary E. Fox, LLC.

2.    The Defendant, Pauline Coiner retained the services of the Law

Offices of Gary E. Fox, LLC to represent her interest in conjunction

with the matter of <u>Coiner vs. Coiner</u>, Docket No.: MON-FM-13-76-

06D.  During the course of the litigation, the Defendant Pauline

Coiner, incurred attorney's fees in the amount of $34,156.90.

3.    Demand has been made for payment by the Defendant, Pauline

Coiner, on numerous occasions and payment remains outstanding.

4.    By letter of December 6, 2007, the Defendant, Paulin`e Coiner, was

placed once again on notice of the long past due balance owed to the

Plaintiff and her right to submit the matter to Fee Arbitration.  There

has been no response to that Fee Arbitration letter to date and the

time for which Defendant had to file for Fee Arbitration has long

expired.

**WHEREFORE**, the Plaintiff demands Judgment against the Defendant,

Pauline Coiner in the amount of $35,369.71 plus costs of suit.

## SECOND COUNT

1.      Plaintiff hereby repeats and alleges all the allegations set forth in the
First Count.

2.      During the pendency of the Coiner divorce proceedings, when Ms.
Coiner's outstanding balance to Plaintiff approximated $15,000.00,
Gary E. Fox, Esquire initiated a discussion with the Defendant
regarding payment of the bill.  Fox indicated that the law firm could
not continue to represent Ms. Coiner without being paid for services
then rendered to date.  Ms. Coiner indicated that she was unable to
pay, however, she had a pending personal injury case and promised
that the law firm would be paid its entire bill out of the proceeds
from that settlement so long as the firm continued to represent Ms.
Coiner in the divorce litigation.  As a result of that promise the law
firm continued.

3.      Said promise was a fraudulent misrepresentation and was an effort to
obtain Plaintiff's services without any intention to pay for same.

4.       The divorce was final on February 1, 2007.  Thereafter, the
Defendant Coiner again on numerous occasions advised Plaintiff
that the entire payment of its fee would be made from the settlement
in the personal injury action.

5.      The Defendant, Pauline Coiner, retained the services of the Mark S.
Harrison, Esquire, to represent her interest in the personal injury

lawsuit.  Harrison was put on notice of Defendant's promise to

Plaintiff.

6.    The personal injury matter settled and Defendant directed Harrison

not to disburse the funds to the Plaintiff and Defendant has failed to

pay Plaintiffs as promised.

7.    Defendant is guilty of "obtaining services under false pretenses."

**WHEREFORE**, the Plaintiff demands Judgment against Defendant,

Pauline Coiner in the amount of $34,156.91 plus costs of suit.

FOX & MELOFCHIK, LLC

_____

Gary E. Fox, Esq.

Dated: September 4, 2008

| B 104     USBC District of New Jersey **ADVERSARY PROCEEDING COVER SHEET** | ADVERSARY PROCEEDING NO. (Court Use Only) |
|---|---|

**PLAINTIFFS**

Law Offices of Gary E. Fox, L.L.C.

**DEFENDANTS**

Pauline Dilione
a/k/a Pauline Coiner

*(stamp: BANKRUPTCY COURT FILED TRENTON, NJ 08 SEP 23 PM 12: 03 ... WALDRON BY: DEPUTY CLERK)*

**Attorneys** (Firm Name, Address, and Telephone No.)

Fox & Melofchik, L.L.C.
1001 Deal Road
Ocean, NJ 07712
732 493-9400

**Attorneys** (If Known)

James J. Carbone, Esq.
3350 Rt. 138, Suite 111
Wall, NJ 07712
732 681-6800

**PARTY** (Check one box only)  ☐ 1 U.S. Plaintiff   ☐ 2 U.S. Defendant   ☒ 3 U.S. Not a Party

**CAUSE OF ACTION** (Write a Brief Statement of Cause of Action, including all U.S. Statutes involved)

Suit objecting to discharge of $34,156.91 debt for services obtained by a false representation, larceny and/or willful injury to Plaintiff by Def. 11 USC § 523a-2,4 & 6.

**NATURE OF SUIT**
(Check the one most appropriate box only)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest In Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap.13 Plan
☒ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment Relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a Bankruptcy Court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated Or Reopened   ☐ 5 Transferred From Another Bankruptcy Court

☐ Check if this is a class action under F.R.C.P. 23

**DEMAND**

| Nearest Thousand $ 34,000 | Other Relief Sought non-discharge order | ☐ Jury Demand |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

Name of Debtor

Pauline Dilione a/k/a Coiner

Bankruptcy case No.

08-21253-KCF

| District in which case is pending New Jersey | Divisional Office Trenton | Name of Judge Kathryn C. Ferguson |
|---|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| Plaintiff | Defendant | Adversary Proceeding No. |
|---|---|---|

| District | Divisional Office | Name of Judge |
|---|---|---|

**FILING FEE** (Check one box only)   ☒ Fee Attached   ☐ Fee Not Required   ☐ Fee is Deferred

| Date 09-23-08 | Print Name Gary E. Fox, Esq. | Signature of Attorney (Or Plaintiff) |
|---|---|---|

# Fox & Melofchik, L.L.C.

### A LIMITED LIABILITY COMPANY

COPPER GABLES PROFESSIONAL BUILDING
1001 DEAL ROAD
OCEAN, NEW JERSEY 07712

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelofchikllc@jerseylawoffice.com)

September 23, 2008

*U.S. BANKRUPTCY COURT
RECEIVED
TRENTON, NJ*

*08 SEP 23 PM 12: 06*

*JAMES J. WALDRON*

*BY:*
*DEPUTY CLERK*

*$ FILING FEE PAID*
*250. 00*

**VIA HAND DELIVERY**
United States Bankruptcy Court
District of New Jersey
**Bankruptcy Clerk**
402 East State Street
Trenton, New Jersey 08608

Re:   Bankruptcy of Pauline Dilione (a/k/a Pauline Coiner)
Case No.: 08-21253-KCF
Chapter 7

Dear Sir/Madam:

Enclosed herein, please find an original and one (1) copy of the following:

1.   Adversary Proceeding Cover Sheet;
2.   Complaint for Non-Discharge Order;
3.   Summons and Notice of Pretrial Conference in an Adversary Proceeding; and
4.   This firm's check in the amount of $250.00 representing the filing fee.

Kindly file same and return a conformed copy for service, upon the debtor and debtor's attorney, in the self-addressed, stamped envelope enclosed for your convenience. Kindly provide the date, time, address and room number for the pretrial conference so that same may be inserted in the summons.

Should you have any questions, please do not hesitate to communicate with this office.

Very truly yours,

GARY E. FOX

GEF/rk
enclosures